United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTONIO SILVA NESME,
Plaintiff,
v.
EDWARD BORLA, et al.,
Defendants.

Case No. 26-cv-02638-TLT

**ORDER OF DISMISSAL**

Plaintiff's complaint was filed on March 26, 2026. Dkt. No. 1. Plaintiff submitted an application to proceed *in forma pauperis*, which was denied due to his trust account balance. Dkt. No. 10. The Court gave plaintiff 14 days to pay the full filing fee, which have now passed. *See id.*

The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must be accompanied by payment of the full filing fee.

**IT IS SO ORDERED.**

Dated: September 23, 2026

TRINA L. THOMPSON
United States District Judge